

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*26 Federal Plaza*
*New York, New York 10278*

August 30, 2024

**BY CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> MEMO ENDORSEMENT.
> A Status Conference will be held in this matter on October 3, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. Defendant is directed to file a letter indicating whether they consent to the exclusion of time until the October 3 conference date.
>
> 9/3/2024    SO ORDERED.
>               LEWIS J. LIMAN
>               United States District Judge

Re:    *United States v. Tymeeke Johnson*, 24 Cr. 315 (LJL)

Dear Judge Liman:

On May 28, 2024, the Court set a motion hearing for August 29, 2024, and excluded time under the Speedy Trial Act from May 28, 2024 to August 29, 2024. Yesterday, because no motions had been filed, the Court canceled the motion hearing.

Accordingly, the Government, with the consent of defense counsel, respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the next status conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow time for the defendant to continue reviewing discovery and the parties to continue discussing a potential resolution of the case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jennifer N. Ong
Assistant United States Attorneys
(212) 637-2224

cc:  Mark Gombiner, Esq. (Counsel for Tymeeke Johnson)