

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

May 22, 2025

**BY CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> REQUEST GRANTED.
> The time for the Government to submit its sentencing submission is extended to May 28, 2025. The Sentencing hearing previously set for May 30, 2025 is rescheduled to June 6, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 5/23/2025 SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Tymeeke Johnson*, 24 Cr. 315 (LJL)

Dear Judge Liman:

The Government respectfully writes, with the consent of defense counsel, to request a short extension to file its sentencing submission. The defendant Tymeeke Johnson was initially scheduled to be sentenced on May 6, 2025. On April 3, 2025, the Court granted the defendant's request, with the consent of the Government, to adjourn the sentencing to May 30, 2025. (Dkt. No. 24). On May 19, 2025, the defendant filed its sentencing submission. (Dkt. No. 26). In its submission, the defendant objected to the application of U.S.S.G. § 2K2.1(a)(2) and argued that the defendant's 2019 conviction for conspiring to distribute crack cocaine was not a controlled substance offense under the categorical approach because hemp was subsequently removed from the list of controlled substances. (Dkt. No. 26, at 6).

Because undersigned counsel is currently on trial before the Honorable Philip M. Halpern, the Government respectfully requests a brief extension to May 28, 2025, to file its sentencing submission and adequately respond to defendant's objections. The Government understands that defense counsel does not object to this request. In addition, the Government understands that the defendant does not object to a brief adjournment of the sentencing date if necessary to accommodate the Government's request for a short extension.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jennifer N. Ong
Assistant United States Attorneys
(212) 637-2224

cc:  Mark Gombiner, Esq. (Counsel for Tymeeke Johnson)